FILED
2022 MAR 3 PM 3:31
CLERK
U.S. DISTRICT COURT

ANDREA T. MARTINEZ, United States Attorney (#9313)
BRADY WILSON, Assistant United States Attorney (#17350)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, UT   84111-2176
Telephone:   (435) 634-4264   •   Facsimile:   (435) 634-4272

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | <u>INFORMATION</u> |
| Plaintiff, | : | |
| | | VIO. 8 U.S.C. § 1326 |
| vs. | : | |
| | | (REENTRY OF A PREVIOUSLY |
| RONALDO GUTIERREZ-CABRERA, | : | REMOVED ALIEN) |
| Defendant. | : | Case: 4:22−cr−00021<br>Assigned To : Nuffer, David<br>Assign. Date : 3/3/2022<br>Description: USA v.<br>Gutierrez−Cabrera |

The United States Attorney charges:

<u>COUNT I</u>

On or about February 5, 2022, in the Central Division of the District of Utah,

RONALDO GUTIERREZ-CABRERA,

the defendant herein, an alien who on or about March 14, 2017, was excluded, removed,

and deported from the United States, did knowingly reenter and was found in the United

States in the District of Utah, having not obtained the consent of the Secretary of the

United States Department of Homeland Security to reapply for admission into the United

States; all in violation of Title 8, United States Code, Section 1326.

DATED this __3rd__ day of March, 2022.

ANDREA T. MARTINEZ
United States Attorney

BRADY WILSON
Assistant United States Attorney